IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR348 |
| | ) | |
| vs. | ) | ORDER OF COURT |
| | ) | TO DISMISS WITHOUT PREJUDICE |
| JOSE HUERTA-GUZMAN, | ) | THE INDICTMENT |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED, pursuant to Federal Rule of Criminal Procedure 48(a), leave of Court is granted for the dismissal without prejudice of the Indictment regarding Defendant, JOSE HUERTA-GUZMAN, pursuant to Motion of the United States (Filing No. 89).

DATED this 17th day of December, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge